UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  16-cv-62205-BLOOM/Valle

STEVEN HESS and
NANCY MCLANE,

      Plaintiffs,

v.

SIMM ASSOCIATES, INC. and
CALIBER HOME LOANS, INC.,

      Defendants.

_____/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE**

**THIS MATTER** is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice (the "Stipulation"), ECF No. [41]. The Court having considered the Stipulation, and being otherwise duly informed therein, it is

**ORDERED AND ADJUDGED** that the parties' Stipulation, **ECF No. [41]**, is **APPROVED AND ADOPTED**, and the above-styled case is hereby **DISMISSED WITH PREJUDICE**.  Each party is to bear their own fees and costs.  The Clerk is directed to **CLOSE** this matter.

**DONE AND ORDERED** in Miami, Florida, this 22nd day of February, 2017.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:  Counsel of Record